# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT



| | |
|---|---|
| **No. 05-5465** | **September Term, 2005** |
| | 05cv01626-2 |

Filed On:

John T. George, *a/k/a* John R. Daley, Jr.,
    Appellant

v.

U.S. Attorney, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR - 7 2006

CLERK

## ORDER

Upon consideration of appellant's motion for extension of time to file motion for leave to proceed in forma pauperis, Consent to Collection form, and Prisoner Trust Account Report; and appellant's motion to transmit the district court record in 05cv1626 to this court, it is

**ORDERED** that the motion for extension of time be granted. The Clerk is directed to send to the Clerk, U.S. District Court for the District of Columbia the motion for leave to proceed in forma pauperis and to file the lodged Consent to Collection form and Prisoner Trust Account Report. It is

**FURTHER ORDERED** that the motion to transmit the district court record be dismissed as moot. The district court record is available for this court's review.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

BY:    *[signature]*
                                        Nancy G. Dunn
                                        Deputy Clerk