UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John T. George a/k/a John R. Daley, Jr., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Attorney *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 05-1626<br><br>**FILED**<br><br>APR - 3 2008<br><br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA |

ORDER

Plaintiff seeks to reopen this action, which was dismissed on November 15, 2005, for plaintiff's failure to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915. The United States Court of Appeals for the District of Columbia Circuit affirmed the dismissal on August 17, 2006, noting that because the dismissal was without prejudice, plaintiff could "file a new complaint and properly supported application for leave to proceed *in forma pauperis*." App. No. 05-5465 (Judgment). Plaintiff has not provided any basis for reopening this case more than two years after its dismissal. Accordingly, it is this 31st day of March 2008,

ORDERED that plaintiff's motion for reinstatement of this civil action [Dkt. No. 13] is DENIED.

/s/ Rosemary M. Collyer
United States District Judge